No. 99–1045. BEAR LODGE MULTIPLE USE ASSN. ET AL. *v.* BABBITT, SECRETARY OF THE INTERIOR, ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–1048. KANSAS STATE UNIVERSITY *v.* INNES ET UX. C. A. 10th Cir. Certiorari denied.

No. 99–1049. DATALECT COMPUTER SERVICES, LTD. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 99–1062. ARIZONA *v.* LEYVA ET UX. Ct. App. Ariz. Certiorari denied.

No. 99–1217. A–1 AMBULANCE SERVICE, INC. *v.* MELTON ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–1218. GANGI BROS. PACKING CO. ET AL. *v.* CARGILL, INC. C. A. 9th Cir. Certiorari denied.

No. 99–1220. NOVECON, LTD., ET AL. *v.* BULGARIAN-AMERICAN ENTERPRISE FUND ET AL. C. A. D. C. Cir. Certiorari denied.

No. 99–1232. GRAND RAPIDS PLASTICS, INC. *v.* LAKIAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–1236. HYDRECLAIM CORP. *v.* PROCESS CONTROL CORP. C. A. Fed. Cir. Certiorari denied.

No. 99–1242. CENTRAL WEST VIRGINIA DEVELOPMENT CORP. *v.* FRY. C. A. 4th Cir. Certiorari denied.

No. 99–1245. SHERMAN *v.* AMERICAN CYANAMID CO. C. A. 6th Cir. Certiorari denied.

No. 99–1256. SEQUOYAH COUNTY RURAL WATER DISTRICT NO. 7 *v.* TOWN OF MULDROW ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–1270. SPRINGER *v.* HUSTLER MAGAZINE ET AL. C. A. 10th Cir. Certiorari denied.